**No. 40675.**—Protests 488344–G, etc., of Baltimore & Ohio R. R. Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 24, 1939

**No. 40676.**—Protests 700570–G, etc., of Rolland Frères, Inc. (New York).

Opinion by TILSON, J. From the record it was found that certain items consist of outerwear in chief value of rayon the same as that involved in Abstract 36548. The claim at 45 cents per pound and 65 percent ad valorem under paragraph 1309 was therefore sustained.

**No. 40677.**—Protest 423517–G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. It was established that certain items consist of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 40678.**—Protests 972785–G, etc., of Maginnis & Thomas, Inc., et al. (New York).

Opinion by TILSON, J. On the records presented the protests were dismissed.

**No. 40679.**—Protest 973693–G of Schoemann & Mayer, Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of bird cages the same as those passed upon in *Heemsoth* v. *United States* (T. D. 49191). The claim at 40 percent under paragraph 339 was therefore sustained.

**No. 40680.**—Protests 498205–G, etc., of Spiegel Bros. Corp. (New York).

Opinion by DALLINGER, J. In accordance with stipulation of counsel and on the authority of Abstract 38504 the spring scales in question were held dutiable as household utensils at 40 percent under paragraph 339 as claimed.